# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CAROL BURNSIDE and  )
STEPHEN BURNSIDE,  )
                                                  )
               Plaintiffs,  )
                                                  )
vs.  )   Case No. 1:19-CV-01054-KMT
                                                  )
ALLERGAN PLC, ALLERGAN, INC., and  )
ALLERGAN USA, INC.  )
                                                  )
               Defendants.  )

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## OF COMPLAINT WITHOUT PREJUDICE

Plaintiffs Carol and Stephen Burnside ("Plaintiffs"), by and through their attorneys of record, hereby voluntarily dismiss their Complaint. Specifically, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss without prejudice their Complaint against Defendants Allergan, Inc., Allergan plc and Allergan USA, Inc. (collectively, "Defendants") in this action. None of the Defendants have filed an answer or a motion for summary judgment in this case.

                                      Respectfully submitted,

                                      **ROSS FELLER CASEY, LLP**

Dated: July 1, 2019              /s/ Brian J. McCormick, Jr.
                                      Brian J. McCormick, Jr., Esquire
                                      Dena R. Young, Esquire
                                      One Liberty Place
                                      1650 Market St., 34th floor
                                      Philadelphia, PA 19103
                                      215-574-2000
                                      bmccormick@rossfellercasey.com

                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that on July 1, 2019, I electronically filed the above and foregoing with the clerk of court by using CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| S. Kirk Ingebretsen<br>1660 17th Street, Suite 450<br>Denver, CO 80202<br>Telephone: 303-285-5300<br>Facsimile: 303-285-5301<br>Email: kingebretsen@shb.com | Counsel for Defendants |
| Lori C. McGroder<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>Email: lmcgroder@shb.com | Counsel for Defendants |

.

/s/ Brian J. McCormick, Jr.
BRIAN J. MCCORMICK, JR.

Attorney for Plaintiffs